# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COOLEY, INCORPORATED,<br><br>                Plaintiff,<br><br>    v<br><br>CARLISLE SYNTECH, INC. *ET AL.*,<br><br>                Defendants. | Civil Action No.: 1:17-cv-84-M-LDA |

## OBJECTION AND RESPONSE TO
## PLAINTIFF COOLEY, INCORPORATED'S MOTION TO STRIKE OBJECTIONS AND TO COMPEL FURTHER RESPONSES TO THIRD REQUEST FOR PRODUCTION OF DOCUMENTS FROM THE RMA DEFENDANTS

This Court should deny Cooley's motion as moot. As the response to this request indicated, all non-privileged documents would be produced to the extent that they existed. The RMA Companies have not located any non-privileged documents responsive to the request that is the subject of this motion.

Dated: January 10, 2018

Respectfully submitted,

*/s/ Michael La Porte*
MICHAEL R. LA PORTE mrl@fg-law.com
*Admitted Pro Hac Vice*
WILLIAM W. FLACHSBART wwf@fg-law.com
*Admitted Pro Hac Vice*
**Flachsbart & Greenspoon, LLC**
333 N. Michigan Ave. - 27th Floor
Chicago, IL 60601-3901
(312) 551-9500


JONATHAN D. SWEET jon@attorneysweet.com
Rhode Island Bar No. 5839
One Constitution Center
Boston, MA 02129
(617) 242-9100

JOEL B. ROTHMAN Joel.rothman@sriplaw.com
*Admitted Pro Hac Vice*
**Schneider Rothman Intellectual Property Law Group, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
(561) 404-4350

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 10, 2018, I caused a true and correct copy of the foregoing document to be sent to all counsel of record via the Court's ECF service.

*/s/ Michael La Porte*