UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Cooley, Incorporated
*Plaintiff*

v.                                                      C.A. No:     1:17-cv-00084-M-LDA

Carlisle SynTec, Inc.; Ronald Mark
Associates, Inc.; RMA Technologies, Inc.;
Flex Membrane International Corp.; Leslie J.
Satz, in his capacity as Chairman and President of
Ronald Mark Associates, Inc.; Michael Satz,
in his capacity as General Manager of
RMA Technologies, Inc.; John/Jane Does 1-3;
Doe Corporations 1-3.
*Defendants*

## JOINT MOTION TO ENLARGE SCHEDULING ORDER DEADLINES

The parties in the above-captioned matter and pursuant to F.R.C.P. 16(b)(4) and L.R. Cv 26(b) hereby move this Honorable Court for an Order enlarging the deadlines set forth this Court's Scheduling Order dated August 3, 2017. (Doc.38) As grounds for the instant motion, the parties state that significant discovery remains outstanding and the parties are continuing to pursue outstanding discovery diligently.

Accordingly, the parties believe that good cause exists to extend this scheduling Order as follows:

(1) Fact Discovery shall be completed by September 10, 2018;

(2) All Discovery must be served by August 10, 2018;

(3) Plaintiff's expert disclosure shall be provided on or before October 10, 2018;

(4) Defendants shall provide their expert disclosures on or before November 13, 2018.

The parties have discussed proposed deadlines for completion of expert depositions and deadlines for dispositive motions, however, as reflected in the discovery plan submitted to this

Honorable Court on January 30, 2018 (Doc. 117), the parties have not reached any agreement at this point.

WHEREFORE, good cause exists to enlarge the deadlines set in the initial Pre-Trial Scheduling Order. Accordingly, the parties respectfully request the within motion be granted.

Cooley, Incorporated
By its Attorneys

/s/ *Per C. Vaage, Esq.*
Michael G. Sarli, Esq. (#2719)
Per C. Vaage, Esq.     (#7273
Stephen J. Sypole, Esq. (#8833)
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI  02903
Phone: 401-274-6644 / Fax:  401-331-9304
mgs@gsm-law.com
pcv@gsm-law.com
ssypole@gsm-law.com

Ronald Mark Associates, Inc., RMA Technologies, Inc. and Flex Membrane International Corp.
by their Attorneys

*Michael R. LaPorte, Esq.*
William W. Flachsbart, Esq.
Michael R. La Porte, Esq.
Flachsbart & Greenspoon, LLC
333 N. Michigan Avenue, 27th Floor
Chicago, IL  60601-3901
wwf@fg-law.com
mrl@fg-law.com

Carlisle SynTec, Inc.
by its Attorneys

/s/ *Preston H. Heard, Esq.*
Preston H. Heard, Esq.
John G. Perry, Esq.
Womble Bond Dickinson, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Preston.heard@wbd-us.com
John.Perry@wbd-us.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, a copy of the foregoing document was filed through the Court's CM/ECF system. Notice of this filing will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF):

Joel B. Rothman, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
Joel.rothman@sriplaw.com

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtechentin@apslaw.com

Jonathan D. Sweet, Esq.
Sweet Law LLC
One Constitution Center
Boston, MA 02129
jon@attorneysweet.com

Ana J. Friedman, Esq.
Womble Bond Dickinson, LLP
One West Fourth Street
Winston-Salem, NC 27101
Ana.Friedman@wbd-us.com

/s/ Per C. Vaage