# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COOLEY, INCORPORATED,<br><br>                  Plaintiff,<br><br>    v<br><br>CARLISLE SYNTEC, INC. ET AL.,<br><br>                  Defendants. | Civil Action No.: 1:17-cv-84-M-LDA |

## REPORT OF THE PARTIES TO MAGISTRATE JUDGE LINCOLN ALMOND REGARDING THIRD-PARTY SUBPOENAS

Counsel for the RMA Companies and counsel for Cooley ("the Parties") have conferred regarding two third-party subpoenas and can report to the Court as follows:

1. All Parties and Subpoena Respondent Johns Manville ("JM") agree that JM can produce the following under the Protective Order (ECF No. 72) marked as CONFIDENTIAL:

   A. Carl G. Cash, P.E., A. G. Davies, Jr., D. L. Niles, and L. C. Carey titled "Chemical Resistance of Various Single Ply Roofing Membranes."; and

   B. The chemical resistance study conducted by Simpson Gumpertz & Heger.

2. All Parties and Subpoena Respondent Cool Roof Rating Council (the "CRRC") agree that the CRRC can produce the following under the Protective Order (ECF No. 72) marked as CONFIDENTIAL:

   A. Digitally stored documents related to the rating of product ID 0792-0001

   B. Digitally stored documents related to the rating of product ID 0628-0008

   C. Digitally stored documents related to the rating of product ID 0672-0001, and 0007-11

   D. All CRRC emails returned from the search criteria:

   "from: mike.wolkowicz@gmail.com" and
   "from:John.Greko@CarlisleSynTec.com"

   E. All CRRC emails returned from the search criteria

   "to: mike.wolkowicz@gmail.com" and
   "to:John.Greko@CarlisleSynTec.com", excluding general group emails

3. Before any other documents are produced, including but not limited to paper documents from the CRRC, the RMA Companies agree to first consult with Cooley regarding concerns of relevance, burden, and privilege.

4. The temporary stay should be lifted for production of the above-noted documents.

5. The motion to quash may be continued until such time as the parties might reach an impasse.

| | |
|---|---|
| Dated: February 13, 2018. | Respectfully submitted, |

*/s/ Michael La Porte*
MICHAEL R. LA PORTE mrl@fg-law.com
WILLIAM W. FLACHSBART wwf@fg-law.com
*Admitted Pro Hac Vice*
**Flachsbart & Greenspoon, LLC**
333 N. Michigan Ave. - 27th Floor
Chicago, IL 60601-3901
(312) 551-9500

JONATHAN D. SWEET jon@attorneysweet.com
R.I. Bar No. 5839
**SWEET LAW, LLC**
One Constitution Center
Boston, MA 02129
(617) 242-9100

JOEL B. ROTHMAN joel.rothman@sriplaw.com
*Admitted Pro Hac Vice*
**Schneider Rothman Intellectual Property Law Group, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
(561) 404-4350

Attorneys for Ronald Mark Associates, Inc., RMA Technologies, Inc., and Flex Membrane International, Corp, Defendants.

**Agreed.**

*/s/ Per C. Vaage*
Per C. Vaage pcv@gsm-law.com
R.I. Bar No. 7273
**Gidley, Sarli & Marusak, LLP**
One Turks Head Place Suite 900
Providence, RI 02903
(401) 274-6644

Attorneys for Cooley, Inc., Plaintiff.

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on February 13, 2018, I caused a true and correct copy of the foregoing document and attachments to be sent *via* the Court's ECF system on all counsel of record.

               */s/ Michael La Porte*