UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Cooley, Incorporated
*Plaintiff*

v.   C.A. No:   1:17-cv-00084-M-LDA

Carlisle SynTec, Inc.; Ronald Mark
Associates, Inc.; RMA Technologies, Inc.;
Flex Membrane International Corp.; Leslie J.
Satz, in his capacity as Chairman and President of
Ronald Mark Associates, Inc.; Michael Satz,
in his capacity as General Manager of
RMA Technologies, Inc.; John/Jane Does 1-3;
Doe Corporations 1-3.
*Defendants*

## STIPULATION

It is hereby agreed to as between the RMA Defendants and the Plaintiff that the Plaintiff may have up to and including June 8, 2018 to file and serve its Responses to the RMA Defendants' Third Requests For Production.

| | |
|---|---|
| RMA Defendants<br>by their Attorneys, | Plaintiff,<br>Cooley, Incorporated<br>by its Attorneys, |
| */s/ Michael R. La Porte, Esq.* | */s/ Per C. Vaage, Esq.* |
| William W. Flachsbart, Esq.<br>Michael R. La Porte, Esq.<br>Flachsbart & Greenspoon, LLC<br>333 N. Michigan Avenue, 27th Floor<br>Chicago, IL 60601-3901<br>wwf@fg-law.com<br>mrl@fg-law.com | Michael G. Sarli, Esq. #2719<br>Per C. Vaage, Esq. #7273<br>Gidley, Sarli & Marusak, LLP<br>One Turks Head Place, Suite 900<br>Providence, RI 02903<br>mgs@gsm-law.com<br>pcv@gsm-law.com |

Dated: May 15, 2018

1

## CERTIFICATE OF SERVICE

  I hereby certify that on **May 15, 2018**, a copy of the foregoing document was filed through the Court's CM/ECF system. Notice of this filing will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF):

William W. Flachsbart, Esq.
Michael R. La Porte, Esq.
Flachsbart & Greenspoon, LLC
333 N. Michigan Avenue, 27th Floor
Chicago, IL  60601-3901
wwf@fg-law.com
mrl@fg-law.com

Joel B. Rothman, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
Joel.rothman@sriplaw.com

Ana J. Friedman, Esq.
Womble Bond Dickinson, LLP
One West Fourth Street
Winston-Salem, NC 27101
Ana.Friedman@wbd-us.com

Preston H. Heard, Esq.
John G. Perry, Esq.
Womble Bond Dickinson, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Preston.heard@wbd-us.com
John.Perry@wbd-us.com

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtechentin@apslaw.com

Jonathan D. Sweet, Esq.
Sweet Law LLC
One Constitution Center
Boston, MA 02129
jon@attorneysweet.com

*/s/ Per C. Vaage*